**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**

Florida Department of Financial Services


10-62979

| | |
|---|---|
| CONDOMINIUM F AT MEDITERRANEA, INC., | CASE #: 10-50816-CA-21 |
| PLAINTIFF(S), | COURT: CIRCUIT COURT |
| | COUNTY: MIAMI-DADE |
| VS. | DFS-SOP#: 10-62979 |
| AMERICAN WESTERN HOME INSURANCE COMPANY | |
| DEFENDANT(S). | |

SUMMONS, COMPLAINT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 30th day of September, 2010 and a copy was forwarded by Electronic Delivery on the 4th day of October, 2010 to the designated agent for the named entity as shown below.

AMERICAN WESTERN HOME INSURANCE COMPANY
JAMES P TIERNEY   (jtierney@amig.com)
PO BOX 5323
CINCINNATI, OH  45201-5323

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*
Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

THOMAS J. MORGAN, JR., ESQUIRE
SUITE 903
3850 BIRD ROAD
CORAL GABLES FL 33146

MDW

Division of Legal Services - Service of Process Section
200 East Gaines Street  - P.O. Box 6200 - Tallahassee, Florida 32314-6200 - (850) 413-4200 - Fax (850) 922-2544


EXHIBIT 1

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CONDOMINIUM F AT
MEDITERRANEA, INC.,

10-50816 CA 21

    Plaintiff,

CASE NO.:

v.

FLORIDA BAR NO.: 127612

AMERICAN WESTERN HOME
INSURANCE COMPANY,

**SUMMONS**

    Defendant.
_____/

THE STATE OF FLORIDA:

TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in the above styled cause upon the Defendant:

    **THE INSURANCE COMMISSIONER**
    State of Florida
    Tallahassee, Florida
    as Registered Agent for:    AMERICAN WESTERN HOME
        INSURANCE COMPANY

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is:

    THOMAS J. MORGAN, JR., ESQUIRE
    **MORGAN LAW GROUP**
    3850 Bird Road, Suite 903
    Coral Gables, Florida 33146
    Phone: (305) 569-9900

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    WITNESS my hand and the seal of the Court on **SEP 17 2010**, 2010.

    Clerk of County Court

    By: SABRINA COOPER
    DEPUTY CLERK

(COURT SEAL)

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer votre reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la causa ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 10-50816 CA 21

FLORIDA BAR NO.: 127612

CONDOMINIUM F AT
MEDITERRANEA, INC.,
    Plaintiff,

v.

AMERICAN WESTERN HOME
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, **CONDOMINIUM F AT MEDITERRANEA, INC.**, by and through undersigned counsel, and hereby sues the Defendant, **AMERICAN WESTERN HOME INSURANCE COMPANY** (hereinafter referred to as "AMERICAN WESTERN HOME"), and in support thereof alleges as follows:

1. This is an action for an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of attorney's fees, costs, and interest.

2. At all times material hereto, the Plaintiff, CONDOMINIUM F AT MEDITERRANEA, INC., was and is an authorized and licensed corporation in the State of Florida, and specifically with its principal location within Miami-Dade County, Florida.

3. At all times material hereto, the Defendant, AMERICAN WESTERN HOME, was and is an insurance company authorized to and does write homeowners insurance policies within the State of Florida, and specifically within Miami-Dade County,

Florida.

4. At all times material hereto, the Plaintiff was and is the Association responsible for the condominium property located at 347 Ives Diary Road, Miami, Miami-Dade County, Florida.

5. That at all times material hereto, the subject property was insured under a policy of insurance issued by the Defendant to Plaintiff; specifically policy number: QU0001495D. (A copy of the policy is not attached hereto, but the Defendant has it within it's possession).

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that the Defendant, AMERICAN WESTERN HOME, provides coverage for property damage, including contents, rendered to Plaintiff's subject property that are the result of an accident, whether natural in cause or not, and said policy is required to comply with the provisions of Florida Law.

8. That on or about October 24, 2005, the Plaintiff's property was damaged directly and/or indirectly by a named hurricane; Wilma.

9. That as a result thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10. That the Plaintiff did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to the Defendant, AMERICAN WESTERN HOME, a full and particular account of the Plaintiff's expenses and losses as a result of the said accident.

11. That the Defendant and Plaintiff entered into the appraisal process under the terms of the policy as to specific aspects of the claimed damages.

## COUNT I - BREACH OF CONTRACT

12. That Plaintiff re-alleges and re-asserts paragraphs 1 - 11 as though fully set forth herein.

13. That the Defendant has failed to fully and completely make payment in accordance with the Appraisal Award.

14. That Defendant has subjectively determined that there is a co-insurance penalty applicable to the Plaintiff's policy of insurance, although no such indication had previously been indicated to the Plaintiffs prior to the appraisal award being entered.

15. That the Defendant has failed to establish that it has reasonable proof that there exists an issue of under insurance on the Plaintiff's subject property and has failed to pay the requested amounts pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with AMERICAN WESTERN HOME.

16. The Plaintiff has complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by the Defendant.

17. That the Defendant's conduct has caused the Plaintiff to retain the services of the undersigned counsel to represent it in this action, and Plaintiff is entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiff, CONDOMINIUM F AT MEDITERRANEA, INC., demands judgment against the Defendant, AMERICAN WESTERN HOME INSURANCE COMPANY, for damages, interest, attorney's fees, costs, and any other such relief that this Honorable Court deems just and proper.

## COUNT II - BREACH OF CONTRACT

18. That Plaintiff re-alleges and re-asserts paragraphs 1 - 11 as though fully set forth herein.

19. That Plaintiff has submitted supplemental damages related to the claim which were not known and thus not considered during the appraisal process.

20. That Defendant no such indication had previously been indicated to the Plaintiffs prior to the appraisal award being entered.

21. The Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with AMERICAN WESTERN HOME.

22. The Plaintiff has complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by the Defendant.

23. That the Defendant's conduct has caused the Plaintiff to retain the services of the undersigned counsel to represent it in this action, and Plaintiff is entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiff, CONDOMINIUM F AT MEDITERRANEA, INC., demands judgment against the Defendant, AMERICAN WESTERN HOME INSURANCE COMPANY, for damages, interest, attorney's fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable, as a matter of right.

**DATED** this  3rd  day of August, 2010.

                                           Thomas J. Morgan, Jr., Esquire
                                           **MORGAN LAW GROUP, P.A.**
                                           Attorneys for Plaintiff
                                           3850 Bird Road, Suite 903
                                           Coral Gables, Florida 33146
                                           Phone: (305) 569-9900
                                           Fax    : (305) 443-6828

                                           By: _____
                                                  Thomas J. Morgan, Jr.

/tm